**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*Kyle M. Herda, Esq.*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102
Kyle.herda@usdoj.gov

main: (973) 297-2024
direct: (973) 297-2053

November 3, 2026

**BY ECF**
Honorable Evelyn Padin, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Ramirez-Tituana v. Warden*, No. 26-13586 (EP)**
**Petitioner's Bond Hearing**

Dear Judge Padin:

This Office represents Respondents in this habeas matter brought by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). We respectfully write pursuant to the Court's October 28, 2026 Order, ECF No. 4, to confirm that Petitioner was provided the opportunity for a bond hearing on November 2, 2026. According to ICE, the bond hearing was continued, at the request of Petitioner, to November 13, 2026, at 8:30 a.m.

Respondents respectfully request leave of the Court to file an update regarding the outcome of the bond hearing on the next business day, November 16, 2026. We thank the Court for its attention to this matter.

Respectfully submitted,

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 11/6/2026

ROBERT FRAZER
United States Attorney

By: *s/ Kyle M. Herda*
Kyle M. Herda
Assistant United States Attorney
*Attorney for Respondents*

cc: Angel Patricio Ramirez Tituana, *pro se* (*via U.S. Mail*)[1]

[1] A ministerial error in ECF 6 lists the manner of service as an ECF filing to "Counsel of Record". This letter correctly reflects the manner of service upon this *pro se* Petitioner as U.S. Mail to Petitioner.

Angel Patricio Ramirez Tituana
Delaney Hall Detention Facility
451 Doremus Avenue
Newark, NJ 07105